IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

HAJI KABBA HYDARA,

   Petitioner,

  v.

JEFF SESSIONS
ATTORNEY GENERAL OF THE
UNITED STATES, et al.,

   Respondent.

CIVIL ACTION FILE
NO. 1:18-CV-1818-TWT

## ORDER

This is a pro se habeas corpus action by a federal detainee. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending that the Petition be dismissed without prejudice as premature. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED without prejudice.

SO ORDERED, this 18 day of June, 2018.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge